Fill in this information to identify the case:

- Debtor name: **Bakken Income Fund LLC**
- United States Bankruptcy Court for the: **DISTRICT OF COLORADO**
- Case number (if known): 16-20212

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Cynosure Energy<br>1125 17th Street<br>Suite 400<br>Denver, CO 80202 | | | | | | $398,642.04 |
| BOKF, NA dba Bank of Oklahoma<br>1625 Broadway<br>Suite 1100<br>Denver, CO 80202 | | Note | | Unknown | $3,900,556.00 | Unknown |
| BOKF, NA dba Bank of Oklahoma<br>1625 Broadway<br>Suite 1100<br>Denver, CO 80202 | | Note | | $2,240,317.00 | $350,000.00 | Unknown |
| Coachman Energy Managing General Prtnr<br>5251 DTC Parkway #200<br>Greenwood Village, CO 80111 | | | | | | $206,358.00 |
| Coachman Energy Partners<br>5251 DTC Parkway #200<br>Greenwood Village, CO 80111 | | | | | | $25,000.00 |
| EOG Resources<br>PO Box 840319<br>Dallas, TX 75284-0319 | | | | | | $565.65 |
| Foundation Energy Mgmt<br>PO Box 650002<br>Dept D8041<br>Dallas, TX 75265-0002 | | | | | | $4,959.00 |

Debtor **Bakken Income Fund LLC**　　　　　　　Case number *(if known)* 16-20212
　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Oasis Petroleum** <br> PO Box 731506 <br> Dallas, TX 75373-1506 | | | | | | $5,935.39 |
| **Petro Hunt** <br> PO Box 650823 <br> Department #41404 <br> Dallas, TX 75265 | | | | | | $861.97 |
| **SingerLewak** <br> 3600 S Yosemite #600 <br> Denver, CO 80237 | | | | | | $15,000.00 |
| **Slawson** <br> 727 N Waco #400 <br> Wichita, KS 67203 | | | | | | $20,308.81 |
| **Whiting Oil & Gas Corporation** <br> PO Box 973539 <br> Dallas, TX 75397-3539 | | | | | | $6,971.40 |
| **XTO Energy** <br> PO Box 730587 <br> Dallas, TX 75373-0587 | | | | | | $692.32 |
| **Zavanna** <br> 1200 17th Street <br> Suite 1100 <br> Denver, CO 80202 | | **Participation Agreements** | | | | $281,128.00 |
| **Zavanna** <br> 1200 17th Street <br> Suite 1100 <br> Denver, CO 80202 | | **JIBS** | | | | $117,829.95 |
| **Zavanna** <br> 1200 17th Street <br> Suite 1100 <br> Denver, CO 80202 | | **Acreage trade Agreement** | | | | $96,036.91 |

Official form 204　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims　　page 2