# United States Bankruptcy Court
### District of Colorado

In re **Bakken Income Fund LLC**  
Debtor(s)

Case No. 16-20212  
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Coachman Energy Managing General Prtnr**<br>**5251 DTC Parkway**<br>**#200**<br>**Greenwood Village, CO 80111** | Carried Units | | |
| **See Attached Schedule** | Class A | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **October 17, 2016**

Signature **/s/ Randall Kenworthy**  
**Randall Kenworthy**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

*Holders of Class A Units in Bakken Income Fund LLC

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Thai Thi Thu-Ngoan | 796 Van Buren | St. Paul | MN | 55104-1662 |
| Michael W. Dahl | 4474 Wedgewood Dr | Eagen | MN | 55123 |
| Nancy L. Cullen TOD Christopher Cullen | 8350 Country Road 34 | Green Springs | OH | 44836 |
| 5L Investments, LLC | 22518 Harris Road | Philomath | OR | 97370 |
| Stephen Dear | 4004 Perry Ave N | Robinsdale | MN | 55422 |
| FMC Group Inc. | 1606 Stardance Circle | Longmont | CO | 80504 |
| First Trust Company of Onaga as Custodian for Jack D. Ritchie IRA | 9100 E 22nd Street N #1000 | Wichita | KS | 67226 |
| First Trust Company of Onaga Cust FBO: Pamela A Hamrick IRA #T2160038 | 8501 Shannon Way | Wichita | KS | 67206 |
| William J. Hamrick | 8501 Shannon Way | Wichita | KS | 67206 |
| FIRST TRUST COMPANY OF Onaga, Custodian FBO: Terrence Able IRA #T2161238 | 5844 S Espana St. | Aurora | CO | 80015 |
| Sovereign Offshore Retirement, LLC | 201 S Town East Mall Drive #103 | Wichita | KS | 67207 |
| SOVEREIGN OFFSHORE RETIREMENT LLC, PHILLIP D BURTON - MEMBER | 201 S Town East Mall Drive #103 | Wichita | KS | 67207 |
| TMICO Cust FBO Brett Turner, IRA #0014453 | PO Box 2288 | Fort Worth | TX | 76113 |
| Renee D Pekarek | 122 Balmy Coast Rd | Groveland | FL | 34736 |
| Mary Louise and Raymond M. Cesca Trust | 46 Mockingbird Lane | Oak Brook | IL | 60523 |
| Catherine A. Slusar | 22770 Ibis St NW | Bethel | MN | 55005 |
| First Trust Company of Onaga FBO: Tom E. May IRA Acct#T216327 | 8435 W. 59th Ave | Arvada | CO | 80004 |
| First Trust Company of Onaga FBO: Tom E. May IRA Acct#T216327 | 8435 W. 59th Ave | Arvada | CO | 80004 |
| Barbara L. Pelak | 5105 Grove Street South | Edina | MN | 55436 |
| FIRST TRUST CO OF Onaga FBO: BRUCE A PRINGLE | 8502 Steeplechase | Wichta | KS | 67203 |
| FIRST TRUST CO OF Onaga FBO: BRUCE A PRINGLE | 8502 Steeplechase | Wichta | KS | 67203 |
| Cary H. Hall Jr. | PO Box 728 | Greenville | SC | 29602 |
| Charles & Cynthia Wacker | 600 N. 5th Street | Operlika | AL | 36801 |
| Charles T. Roy Jr. | 38 Quail Hill Drive | Greenville | SC | 29607 |
| CHARLES T ROY JR | 38 Quail Hill Drive | Greenville | SC | 29607 |
| THOMAS D HARDY | 12 Broughton Road | Charleston | SC | 29407 |

*Holders of Class A Units in Bakken Income Fund LLC

| | | | | |
|---|---|---|---|---|
| BRENT K KOEHLER | 27785 Bryn Mawr Place | Shorewood | MN | 55331 |
| FIRST TRUST COMPANY OF Onaga FBO: FRED D BILLS | 5615 Lake Sarah Heights Dr. | Rockform | MN | 55373 |
| 2000 NEW RESOLUTIONS LLLP | 257 N Battin St | Wichita | KS | 67208 |
| FIRST TRUST CO OF Onaga FBO: DANIEL F STREHLOW | 15217 Stevens Ave | Burnsville | MN | 55306 |
| RICHARD & PAMELA SMITH | 377 Fairchild Drive | Highlands Ranch | CO | 80126 |
| FIRST TRUST COMPANY OF Onaga FBO: REGINALD J | 20871 Independence Ave | Lakeville | MN | 55044 |
| MARK & PAMELA ALBU | 1322 Beachcomber Blvd | Waconia | MN | 55387 |
| FIRST TRUST COMPANY OF Onaga FBO: DAVID P PRATT | 10943 Spoon Ridge | Eden Prarie | MN | 55347 |
| JOSEPH V STOCK & DIANE M STOCK | 5510 Sterling Brook | Houston | TX | 77041 |
| STEVEN L & CHERYL WEINSTEIN | 7119 Andre CT | Indianapolis | IN | 46278 |
| STEVEN A DRUCKER INTERVIVOS TRUST | 7909 Bermuda Dunes | Las Vegas | NV | 89113 |
| JUDSON A & NANCY R CAUTHEN | 10916 Memory Lane | Tavares | FL | 32778 |
| SHELTON LIMITED PARTNERSHIP | 6 Rock Creek Court | Greenville | SC | 29605 |
| TEE HOOPER | 6 Rock Creek Court | Greenville | SC | 29605 |
| JOSEPH P KIRKNER | 801 Thunder Hill Road | Lincoln University | PA | 19352 |
| PETER H OLSON | 1012 NE Bryant CT | Lees Summit | MO | 64086 |
| JEFFREY K GIGUERE | 625 North Main Street #5 | Greenville | SC | 29601 |
| LAWRENCE & KAREN MAGNESON | 8480 - 77th St S | Cottage Grove | MN | 55016 |
| FIRST TRUST COMPANY OF Onaga FBO: MICHAEL J EMRICK IRA #T2161813 | 37732 Balsa Street | Ocean View | DE | 19970 |
| NATIONAL FINANCIAL SERVICES FBO: DAVID SONNEGA AND ANTONETTE SONNEGA | 702 Bare Barn | Alvin | TX | 77511 |
| THOMAS & DEBBIE MERRILL | 219 Begonia Court | Griffin | GA | 30223 |
| NATIONAL FINANCIAL SERVICES FBO: NANCY PALMER TTEE NANCY PALMER LIVING TRUST | 11 Walnut Ridge Road | Greenville | DE | 19807 |
| NATIONAL FINANCIAL SERVICES FBO BREVARD CAPITAL INVESTMENT LLC | PO Box 911 | Cape Canaveral | FL | 32920 |
| NTV 2012 PRIVATE INVESTMENT OPPORTUNITY FUND | 1300 Ridenour BLVD #100 | Kennesaw | GA | 30152 |
| NTV 2012 Private Investment Opportunity Fund, LLC | 1300 Ridenour BLVD #100 | Kennesaw | GA | 30152 |
| DOROTHY J KLOFTA LIVING TRUST | 3214 S 36th Street | Milwaukee | WI | 53215 |
| KEVIN A HIRSCH AND BONNIE M HIRSCH | 17239 W Rogers Drive | New Berlin | WI | 53146 |
| ANN G GARNER | 1670 Bookhout Dr. | Cummings | GA | 30041 |
| BARRY M & SUSAN K SCHWEIM | 411 Porpoise Point Dr | St. Augustine | FL | 32084 |
| JOHN DAVID MARBURGER | 22410 Rothwood Road | Spring | TX | 77389 |

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| FIRST TRUST COMPANY OF Onaga FBO RICHARD OSTENDORF IRA#T2162042 | 11323 Kentucky Court | Champlin | MN | 55316 |
| NATIONAL FINANCIAL SERVICES FBO: DARWIN B PALMER TTEE DARWIN B PALMER TRUST | PO Box 359 | Grantville | GA | 30220 |
| FRANCIS FEIST | 7209 Bristol Circle | Edina | MN | 55435 |
| BRADFORD S SHORR TRUST UA 11/15/2002 BRADFORD S SHORR TRUSTEE | 1275 Keim Court | Genena | IL | 60134 |
| ROBERT AND ANNA ADAMEC | 2571 Chestea Drive | Marietta | GA | 30066 |
| TD AMERITRADE FBO: REX C TANNER IRA | 213 Fireside Drive | Brandenburg | KY | 40108 |
| FIRST TRUST COMPANY OF Onaga FBO: MICHAEL F | 1407 Highland Ave | Louisville | KY | 40204 |
| Robert L Tonsfeldt | 153 Twelve Oaks Lane | Ponte Vedra Beach | FL | 32082 |
| PETER & SANDRA MAROTTE | 22 Rose Court | Morris Plains | NJ | 07950 |
| GWYNNE G TONSFELDT | 153 Twelve Oaks Lane | Ponte Vedra Beach | FL | 32082 |
| PAUL & PATRICIA COCHRAN | 17302 Crescent Canyon Dr | Houston | TX | 77095 |
| WESLEY L ARNOLD | 11171 SD Hwy 65 PO Box 198 | McIntosh | SD | 57641 |
| NATIONAL FINANCIAL SERVICES FBO: MYRTLE MILLER IRA LNN-002097 | 1230 Porkland Run | Smyrna | GA | 30082 |
| National Financial Services FBO: PHYLLIS TONKIN AJR- | 1526 D Potomac Drive | Houston | TX | 77057 |
| FIRST TRUST COMPANY OF Onaga FBO: S SCOTT | 3025 Casco Point Road | Wayzata | MN | 55391 |
| TD AMERITRADE CLEARING INC FBO: VALLEY CENTER FAMILY PRACTICE INC PSP & TR DTD David C Greb TR UA 1/1/91 FBO David C. Greb | 13952 Pauma Vista Dr. | Valley Center | CA | 92082 |
| TD AMERITRADE CLEARING INC FBO: KEVIN USELDINGER TR FBO KEVIN USELDINGER INC | 3573 Norkota Court | Grand Forks | ND | 58201 |
| ROBERT G MOLLMAN OR JONABETH MOLLMAN | 10190 226th Ave | Watauga | SD | 57660 |
| JEROME STIEGELMEIER | 31608 137th Street | Bowdle | SD | 57428 |
| THOMAS GILCHRIST | PO Box 637 812 7th St | Springfield | SD | 57067 |
| FIRST TRUST COMPANY OF Onaga FBO: KENNETH H PODPESKAR IRA T2162470 | 3778 Linden Lane | Eagan | MN | 55123 |
| GEORGE J MELENYZER & NANCY M ANDERSON | 13815 Campwood Lane | Cypress | TX | 77429 |
| GEORGE J MELENYZER & NANCY M ANDERSON | 13815 Campwood Lane | Cypress | TX | 77429 |
| GEORGE J MELENYZER & NANCY M ANDERSON | 13815 Campwood Lane | Cypress | TX | 77429 |
| FIRST TRUST CO OF Onaga FBO DAVID P GIANAKOS IRA T2162494 | 21 Mountain High Court | Littleton | CO | 80127 |

*Holders of Class A Units in Bakken Income Fund LLC

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| NFS FBO: DELMA RIGSBEE IRA | 209 Victory Drive | Calhoun | GA | 30701 |
| NFS FBO: TWO LIFE CHARITABLE REMAINDER TRUST | 212 Wexford Drive | Calhoun | GA | 30701 |
| NFS FBO: Two Life Charitable Trust | 212 Wexford Drive | Calhoun | GA | 30701 |
| FIRST TRUST COMPANY OF Onaga FBO: JOHN E. SIEBER IRA T2162282 | 4770 Cornell Road | Blue Ash | OH | 45241 |
| NFS FBO: WALTER E. SHEARIN IRA | 329 Arrow Drive | Signal Mountain | TN | 37377 |
| NFS FBO: WALTER E. SHEARIN IRA | 329 Arrow Drive | Signal Mountain | TN | 37377 |
| JOHN D. WATSON JR & MARIE B WATSON | 38 N. Scribewood Circle | The Woodlands | TX | 77382 |
| TD AMERITRADE CLEARING INC FBO: SUZANNE E MORELAND IRA | 7501 Emerson Ave S | Richfield | MD | 55423 |
| CLAYTON F & MARJORIE D GAULRAPP LIVING TRUST | 2618 13th Ave SE | Aberdeen | SD | 57401 |
| JOSEPH P. & MICHELLE C. MAHER | 4300 Gettysburg Drive | Bismark | ND | 58504 |
| NFS FBO: Patricia Thomas IRA | 16939 Laguna Springs Drive | Houston | TX | 77095 |
| NFS FBO: Charles Michael Richmond | 1009 E Inez St. | Beeville | TX | 78102 |
| NFS FBO: Suzanne Shirley | PO Box 1200 | Aransas Pass | TX | 78335 |
| James D. Allard | 26 Cherokee Ave | Nashua | NH | 03062 |
| NFS FBO: Thomas C. Licking IRA | N6091 Heritage Court | Green Lake | WI | 54941-9483 |
| Sunbelt Securites FBO: Erik Koestenblatt AJR-003565 | 22315 Ebbets Fields Drive | Spring | TX | 77389 |
| Barbara Myers Untermann | 115 Center Street | San Rafael | CA | 94901 |
| Alvin C. Burton Revocable Trust | 641 N. Woodlawn #36 | Wichita | KS | 67208 |
| First Trust Company of Onaga FBO: Dennis F. Silkebaken, IRA T2162645 | 2210 Spring Oak Drive | Coralville | IA | 52241 |
| First Trust Company of Onaga FBO: Dana L. Christensen, IRA T2162566 | 2245 Kings Ct | Geneva | IL | 60134-4331 |
| Alan and Lisa Hill | 3197 NE 160th Ave. | Cheney | KS | 67025 |
| TD AMERITRADE CLEARING INC FBO: Guy Useldinger, MPPP and Trust FBO Guy A. Useldinger | 2293 43rd Ave. So | Grand Forks | ND | 58201 |
| TD AMERITRADE CLEARING INC FBO: Tim Useldinger, MPPP FBO Tim Useldinger | 2272 45th Ave S | Grand Forks | MN | 58201-3439 |
| First Trust Company of Onaga FBO: Ronald L. Hubbard, IRA T2162841 | 10414 Ironwood Circle | Becker | MN | 55308 |
| Timothy G. Ritter | 22450 Coffelt Rd | St. Mary | MO | 63673 |
| First Trust Company of Onaga FBO: Lou Ann Ritchie IRA T2170187 | 735 Linden Ct | Wichita | KS | 67206 |

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| Andrew J. McCausland, TTEE Thomas J. McCausland Jr. 1994 Irrevocable Trust UA Dtd 12/28/1994 | 1437 Edgewood Lane | Winnetka | IL | 60093 |
| First Trust Company of Onaga Cust. FBO: Richard H. Sobel, IRA#TW000558 | 7410 Center Bay Dr. | N Bay Village | FL | 33141 |
| Eugene & Eleanore Schloss | 30 East 85th St #20B | New York | NY | 10028 |
| Donna S. and Patrick A Mckenna | 2932 Waters Edge Court | Beaufort | SC | 29902 |
| Geroge E Rose Jr. & Sandra L Rose Rev Living Trust | 3171 Union Road | Hollister | CA | 85023 |
| James & Andrea Hayhurst | PO Box 901195 | Sandy | UT | 94090 |
| Thomas P Spahr | 1800 Old Meadow Road #1702 | McLean | VA | 22102 |
| First Trust Co of Onaga Cust FBO: Loren F Halverson | 2233 Knoll Circle | Anchorage | AK | 99501 |
| NFS FBO: Toby Holland | 120 Executive Dr SE | Calhoun | CA | 30701 |
| NFS FBO: Shirley A Hancock Roth IRA | 2616 Kirby Pkwy | Memphis | TN | 38119 |
| Puder Family Trust | 775 San Simion Drive | Concord | CA | 94518 |
| Jody Louise Wheeless and Richard K. Simpson, Jr. | 4000 Purdue St, Apt. 156 | Houston | TX | 77005 |
| Jody Louise Wheeless and Richard K. Simpson, Jr. | 4001 Purdue St, Apt. 156 | Houston | TX | 77005 |
| Jody Louise Wheeless and Richard K. Simpson, Jr. | 4000 Purdue St, Apt. 156 | Houston | TX | 77005 |
| Gary G. Gilbert | 46849 275th St | Henning | MN | 56551 |
| Harley H. Hanson | 710 1st Ave S.E. | Long Prairie | MN | 56347 |
| Daniel Maher IRA | 9830 62nd Ave SW | Morristown | SD | 57645 |
| Gloria Maher IRA | 9830 62nd Ave SW | Morristown | SD | 57645 |
| Cindy Lea Nehl | 115 2nd Ae | Watauga | SD | 57660 |
| NFS FBO: Mr. David McCants | 4934 Wigton Dr | Houston | TX | 77096 |
| Eddy J. Heck | 15506 - 82nd St. SW | Rhame | ND | 58651 |
| Karen R. Heck | P.O. Box 748 | Bowman | ND | 58623 |
| Donald C. Loh | 2213 Edgewood Drive | Detroit Lakes | MN | 56501 |
| RBC Capital Markets LLC Cust FBO: Grant D. Smith IRA | 26607 State Hwy 108 | Henning | MN | 56551 |
| Michele R. Kassis | 9635 - 188th Street West | Lakeville | MN | 55044 |
| RBC Capital Markets LLC Cust FBO: Randy C. Rose IRA | 38568 130th Ave NE | Middle River | MN | 56737 |
| RBC Capital Markets LLC Cust FBO: Susan M. | 618 Lake St. S | Frazee | MN | 56544 |
| Martin L. Kuklok & Christine S. Kuklok | P.O. Box 121 | Rice | MN | 56367 |
| Darrel A. Vorderbruggen & Viola J. Borderbruggen | 24064 490th Ave | Henning | MN | 56551 |
| RBC Capital Markets LLC CUST FBO: William D. | 3605 Bentfield Pl | Arlington | TX | 76016 |
| NFS FBO: Robert C. Sheye Living Trust | 20040 West Hunter Drive | Wittmann | AZ | 85361 |
| NFS FBO: Kathy Ellen Long IRA | 710 Byrne St. | Houston | TX | 77009 |

*Holders of Class A Units in Bakken Income Fund LLC

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| NFS FBO: Kathy Long | 710 Byrne St. | Houston | TX | 77009 |
| NFS FBO: Meredith Jean Brestin Rollover IRA | P.O. Box 285, 10337 N. Shore Rd #2 | Ephraim | WI | 54311 |
| First Trust Company of Onaga FBO: Michael J. Owen IRA T2170600 | 3772 Idlewild Ln | Naperville | IL | 60564 |
| NFS FBO: Lynda S. Coker Rollover IRA | 4560 Ponte Vedra Dr. | Marietta | GA | 30067 |
| NFS FBO: Gene V. Coker Rollover IRA | 4560 Ponte Vedra Dr. | Marietta | GA | 30067 |
| NFS FBO: Scott E. Dietz Rollover IRA | 440 Keeler Woods Dr. | Marietta | GA | 30064 |
| NFS FBO: Thomas P. Spahr | 1800 Old Meadow Road #1702 | McLean | VA | 22102 |
| RBC Capital Markets LLC Cust FBO: Bonnie L. Hubert | 24101 Peekskill Street | Leesburg | FL | 34748 |
| Eric W. Anderson Trust, Eric W. Anderson Trustee | 226 Monson Road | Wilbraham | MA | 01095-1759 |
| James W. Fiore | 24 McIntosh Drive | Wilbraham | MA | 1095 |
| James W. Fiore | 25 McIntosh Drive | Wilbraham | MA | 1096 |
| NFS FBO: Robert L. Tonsfeldt Revocable Trust u/d/d October 18, 2011 | 153 Twelve Oaks Dr. | Ponte Vedra Beach | FL | 32082 |
| NFS FBO: Gwynne G. Tonsfeldt Revocable Trust u/d/d October 18, 2011 | 153 Twelve Oaks Dr. | Ponte Vedra Beach | FL | 32082 |
| NFS FBO: Barbara M. Snelling Traditional IRA | 9015 Old Southwick Pass | Alpharetta | GA | 30022 |
| NFS FBO: William R. & Pamela H. Myers Tenants in | 1365 Alegriano Avenue | Coral Gables | FL | 33146 |
| NFS FBO: Nancy C. Humphries | 89 Emma's Grove Rd. | Fletcher | NC | 28732 |
| William M. Merino Trust DTD 07/27/1992 | 3042 Heaher Road | Ann Arbor | MI | 48108 |
| RBC Capital Markets LLC Cust FBO: Paul M. Damlo IRA | 17638 Kettering | Lakeville | MN | 55044 |
| RBC Capital Markets LLC Cust FBO: William R. Zellman | 47508 Wilderness Circle | Vergas | MN | 56587 |
| The Bernita D. Webster Living Trust dtd 6/1/2010 | 2342 S. Laurel Ave. | Springfield | MO | 65807 |
| Robert A. Retzlaff & Linda F. Retzlaff | 11994 19th St. NE | Aneta | ND | 58212 |
| NFS FBO: Donald A. Knight Rollover IRA | 12 Red Maple Road | Hilton Head Island | SC | 29928 |
| NFS FBO: Sara Myers Exempt Trust u/d/d 3/30/2006 | 6011 W Progress Ave | Denver | CO | 80123 |
| NFS FBO: Barbara Myers Exempt Trust u/d/d | 115 Center Street | San Rafael | CA | 94901 |
| NFS FBO: Joseph K. Lombino Traditional IRA | 5239 Mood Road | Powder Springs | GA | 30127 |
| NFS FBO: Jeffrey D. Levine Traditional IRA | 6 Kanes Crossing | Worcester | MA | 01609 |
| NFS FBO: Kendall L. & Sylvia A. Spencer as Tenants in | 13840 Admirals Bend Dr. | Jacksonville | FL | 32225 |
| NFS FBO: W. Joseph Bruckner Rollover IRA | 11315 Bowen Road | Roswell | GA | 30075 |
| NFS FBO: Eileen Scheye | 275 Wilson Mill Rd | Oxford | PA | 19363 |
| NFS FBO: William B. Barfield Traditional IRA | 8865 SE Harbor Island Way | Hobe Sound | FL | 33455 |
| Terry R. Knauf | 521 Rhode Island Ave S | Golden Valley | MN | 55426-1571 |

*Holders of Class A Units in Bakken Income Fund LLC

| | | | | |
|---|---|---|---|---|
| RBC Capital Markets LLC Cust FBO: Grant D. Smith IRA | 26607 State Hwy 108 | Henning | MN | 56551 |
| Gary S. Meyers | 1015 Carlyle Terr. | Highland Park | IL | 60035 |
| NFS FBO: Andrew B. Cheney Rollover IRA | 2110 River Road | Jacksonville | FL | 32207 |
| Gary J. Schroeder | 525 Prairie Lane | Long Prairie | MN | 56347 |
| Douglas A. Gerberding Trust Share | 300 N. Clearwater Rd. | Mayfield | KS | 67103 |
| RBC Capital Markets LLC Cust FBO: Joanne E. Knuttila | 1118 Summit Ave. | Detroit Lakes | MN | 56501 |
| Rick W. Stark and Bobbie J. Stark JTWROS | 2633 23rd St. SE | Tuttle | ND | 58488-9487 |
| John F. Person & Janie L. Person JTWROS | 2991 Eclectic Ct. | Watkins | CO | 80137 |
| S L Alekman Associates Inc. Defined Benefit Plan | 9840 Isles Cay Drive | Delray Beach | FL | 33446-9649 |
| RBC Capital Markets LLC Cust FBO: Lucille I Lee IRA | 33735 Charlie Trapp Rd. | Dent | MN | 56528 |
| First Trust Company of Onaga FBO: Daniel Tepke IRA TW000593 | 6251 N. Caldwell | Chicago | IL | 60646 |
| RBC Capital Markets LLC CUST FBO: Levor B. Garnaas | 200 E. Pinehurst Dr. | Sioux Falls | SD | 57108 |
| Ralph J. Twardowski | 27944 - 284th St. | Long Prairie | MN | 56347 |
| Ralph J. Twardowski | 27944 284th St | Long Prarie | MN | 56347 |
| David S. Palmer Declaration of Trust UAD March 14, 2002 David S. Palmer, Trustee | 7901 W. College Drive | Palos Park | IL | 60464 |
| Agnes S. Andrysiak Declaration of Trust UAD July 11,1996 Agnes S. Andrysiak, Trustee | 7901 W. College Drive | Palos Park | IL | 60464 |
| David S. Palmer & Agnes A. Palmer | 7901 W. College Drive | Palos Park | IL | 60464 |
| Rose M. Sobel Rev Trust 9/21/95 | 7765 Yardley Dr. Apt. #111 | Ft. Lauderdale | FL | 33321 |
| NFS FBO: Merdith Jean Brestin | P.O. Box 285, 10337 N. Shore Rd #1 | Ephraim | WI | 54211 |
| First Trust Company of Onaga FBO: Richard L. Smith, IRA T2170833 | 1658 Timber Lake Drive | Nixa | MO | 65714 |
| RBC Capital Markets LLC Cust FBO: Francis A. Latta | 1401 9th ST. S. | Fargo | ND | 58103 |
| RBC Capital Markets LLC Cust FBO: Patricia L. Swedberg | 1922 21st Ave. S. | Moorhead | MN | 56560 |
| RBC Capital Markets LLC Cust FBO: Karen Winter IRA | 804 4th Ave NE | Dilworth | MN | 56529 |
| RBC Capital Markets LLC Cust FBO: Karen L Winter IRA | 804 4th Ave NE | Dilworth | MN | 56529 |
| Lisa M. Parsons | 5013 Willowbend Rd. NE | Cedar Rapids | IA | 52411 |
| RBC Capital Markets LLC Cust FBO: Glorai J. Hedstrom | 417 MN Hwy 78S | Ottertail | MN | 56571 |
| RBC Capital Markets LLLC Cust FBO: Joyce L. Cordes IRA | P.O. Box 374 | Henning | MN | 56551 |
| NFS FBO: Fidelity Management Trust Co CUST f/b/o Robert W. Sterrett Jr. Rollover IRA | 535 5th Avenue NE | St. Petersburg | FL | 33701 |

*Holders of Class A Units in Bakken Income Fund LLC

| | | | | |
|---|---|---|---|---|
| NFS FBO: Fidelity Management Trust Co CUST f/b/o Robert W. Sterrett Jr. Rollover IRA | 535 5th Avenue NE | St. Petersburg | FL | 33701 |
| RBC Capital Markets LLC Cust FBO: Richard Motl IRA | 24087 430th St. | Browerville | MN | 56438 |
| The DiMatteo Amended and Restated Revocable Trust | P.O. Box 2983 | Carefree | AZ | 85377 |
| Warren D. Kreitman & Faye M. Kreitman | 6522 150th Lane | Gordon | NE | 69343 |
| RBC Capital Markets LLC Cust FBO: Steven J. Kruger IRA | 4282 55th St S | Fargo | ND | 58104 |
| RBC Capital Markets LLC Cust FBO: John A. Kirchner IRA | 4542 Galtier St. | Shoreview | MN | 55126 |
| RBC Capital Markets LLC Cust FBO: Lloyd H. Kiihn IRA | 30865 Sunset Rd | Detroit Lakes | MN | 56501 |
| NFS FBO: James Twining | 705 Scarborough Drive | Greer | SC | 29650 |
| RBC Capital Markets LLC Cust FBO: Dennis D. | 35461 490th Ave | Ottertail | MN | 56571 |
| RBC Capital Markets LLC Cust FBO: Virgil L. Jons, IRA | 943 Red Willow Drive | Frazee | MN | 56544 |
| RBC Capital Markets LLC Cust FBO: Jeffery Genz, Simple | 22195 City Hwy 25 | Detroit Lakes | MN | 56501 |
| Coachman Energy Managing GP, LLC | 5251 DTC Parkway, Suite 200 | Greenwood Village | CO | 80111 |
| Marlene A Keefe | 37386 State Highway 228 | Frazee | MN | 56544 |
| Paul Borgmann | 37366 239th St | White Lake | SD | 57383 |
| First Trust Company of Onaga FBO: Bruce D Knight | 50 32nd Ave NW | New Brighton | MN | 55112 |
| Mary and Robert Wegner | 858 E Madison St | Durand | WI | 54736 |
| Tina Trogstad | 511 9th St Ave West | Lemmon | SD | 57638 |
| NFS FBO: Robert L Heath IRA | 2803 Schoenst Road | Carmine | TX | 78932 |
| RBC apital Markets LLC Cust FBO: Timothy L Stenger | 35295 St Hwy 34 | Detroit Lakes | MN | 56501 |
| NFS FBO: Peining Wang | 1528 Paavola Court | Folsom | CA | 95630 |
| John & Melissa Weber | W6954 County Rd D | Arkansaw | WI | 54721 |
| RBC Capital Markets LLC Cust FBO: Jerry T Freitag IRA | 560 Nurmi Ave, P.O. Box 155 | Plummer | MN | 56748 |
| The Susan M Owen Living Trust | 3772 Idlewild Ln | Naperville | IL | 60564 |
| RBC Capital Markets LLC Cust FBO: Deanna L Hammer Simple IRA | 25925 Co Hwy 61 | Henning | MN | 56551 |
| RBC Capital Markets LLC Cust FBO: Steven R Gray IRA | 31422 550th Ave | Deer Creek | MN | 56527 |
| Dean A & Kathy P Christian | 854 High Gate Course | Glen Ellyn | IL | 60137 |
| Richard Warren Living Trust | 35 Lakefront Circle | Kimberling City | MO | 65686 |
| Julia B Voinche | 4602 Hwy 452 | Marksville | LA | 71351 |
| RBC Capital Markets LLC Cust FBO: Louis J DeMaio IRA | 802 Di Maggio Drive | Belgrade | MT | 59714 |
| Sterne Agee FBO: Vance Trogstad | 511 - 9th Ave West | Lemmon | SD | 57638 |
| NFS FBO: Richard T Helms | 2405 Spring Park Way | Richardson | TX | 75082 |
| Harvey M Sussman & Sandra Sussman | 21 North Peak Road | West Lake Hills | TX | 78746 |

*Holders of Class A Units in Bakken Income Fund LLC

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| RBC Capital Markets LLC Cust FBO: Nancy D Floan IRA | 520 3rd Street Court | West Fargo | ND | 58078 |
| NFS FBO: Joseph Scott | 7618 Dixie Drive | Houston | TX | 77067 |
| Michael & Marianne Spindler JTWOS | 156 Timber Ridge Lane | Lake Barrington | IL | 60010 |
| Theodore Lung & Sara M Lung | 1839 E 2453rd Lane | Camp Point | IL | 62320 |
| Richard & Valda Cohn | 829 Lincoln Ave | St Paul | MN | 55105 |
| Thomas J Walsh & Beverly Walsh | 9015 Marlive Lane | Houston | TX | 77025 |
| Roger & Laura Vanloon | PO BOX 127 | Flagler Beach | FL | 32136 |
| NFS FBO: Jimmy W Wolf Sr Acct AJR-006916 | 175 Apache Run | Wallisville | TX | 77597 |
| Wuerz Family Trust Dated 9/11/1998 | 3823 Sullivan Dr | Santa Clara | CA | 95051 |
| Todd R Engstrom & Olivia A Engstrom JTWROS | 15024 Mallard Green Lane | Austin | TX | 78728 |
| TD Ameritrade FBO: James M Johnston & Lynn Johnston JTWROS | 2185 N Sunset Peak Rd | Boise | ID | 83702 |
| TD Ameritrade FBO: George A Wade Family Trust | 977 E Bruemere Rd | Boise | ID | 83702 |
| Christopher Iconos | 3004 Garrow Street | Houston | TX | 77003 |
| TD Ameritrade Clearing Inc FBO: The Southern Baptist Theological Seminary | 2825 Lexington Road | Louisville | KY | 40280 |
| Charles H Willis II & Mary E Willis JTWROS | 8119 Red Church Dr | Spring | TX | 77379 |
| Fred H Shepherd & Melisa A Shepherd JTWROS | 11939 Lismore Lake Dr | Cypress | TX | 77429 |
| NFS FBO: Susan C Knight | 12 Red Maple Road | Hilton Head Island | SC | 20029 |
| Archie L Dehn | 111 W Drache Ave P O Box 53 | Buffalo Lake | MN | 55314 |
| Dale E Zaczkowski | 40055 Sauk Hills Circle | Sauk Centre | MN | 56378 |
| Elmer L Claassen | 1812 W Winona Dr SW | Alexandria | MN | 56308 |
| Janine F Claassen | 1812 W Winona Dr SW | Alexandria | MN | 56308 |
| Alison S Konefes | 2229 S Lakeview Dr | Clear Lake | IA | 50428 |
| Stephen C or Sheila R Swift | 10748 263rd St | Clear Lake | IA | 50428 |
| Kenneth L Rausch | 212 6th St NE | Long Prairie | MN | 56347 |
| Sterne, Agee & Leach FBO: Dean M Kessel | 3241 Arizona Dr | Bismarck | ND | 58503 |
| First Trust Company of Onage FBO: John Dolfay IRA | 1153 15th St SE | Forest Lake | MN | 55025 |
| Todd Richard Tanory & Andrea W Tanory | 2811 Autumn Lake Dr | Katy | TX | 77450 |
| Fred H Shepherd & Mary L Shepherd | 3310 Orchard Gate St | Sugar Land | TX | 77479 |
| RBC Capital Markets LLC Cust FBO: Henry A Birr IRA | 9975 153rd St | Little Falls | MN | 56345 |
| Ronald L & Debra K Underwood | 8085 Newell Ave | New Hampton | IA | 50659 |
| Scott E and Patricia A Tornquist | 12991 Pennington Road | Fishers | IN | 46037 |
| NFS FBO: Kathryn R Shulse | 6740 Kelly Ann Rd NE | Albuquerque | NM | 87109 |

*Holders of Class A Units in Bakken Income Fund LLC

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| NFS FBO: Berthine P Mason | 25318 Chapel Ridge Lane | Spring | TX | 77373 |
| TMICO Cust FBO: Rod B Wilhite TRAD IRA #0015259 | 111 Whistling Wind Trail | McGregor | TX | 76651 |
| Vincenzini Family Trust Agreement dated July 14, 1988 | 2092 Cirone Away | San Jose | CA | 95124 |
| Vitali Vizir | 1023 Yorkshire Dr | Los Altos | CA | 94024 |
| William A Werlinger | 206 17th Ave N | Sartell | MN | 56377 |
| William A Werlinger | 206 17th Ave N | Sartell | MN | 56377 |
| RBC Capital Markets LLC Cust FBO: Michael J Theuer | 32750 760th Ave | Elendale | MN | 56026 |
| RBC Capital Markets LLC Cust FBO: Gail M Quiggle IRA | 3217 Beach Rd NW | Albuquerque | NM | 87104 |
| People Help Profit Sharing Plan | 7208 Bristol Circle | Edina | MN | 55435 |
| Barbara J Vanofferen, LLC | 22873 Pearl Circle | Detroit Lakes | MN | 56501 |
| RBC Capital Markets LLC Cust FBO: Carolyn L Toupin | 38962 4th Drive SE | Erskine | MN | 56535 |
| RBC Capital Markets LLC Cust FBO: Randal B Spencer | 310 Dunlee Dr | Cary | IL | 60013 |
| NFS FBO: Sai Ganesamoorthi & Prasanthi Ganesa | 1812 Grosvenor Grn | Collyville | TX | 76034 |
| Fern E Hess | P O Box 86 | Eagle Bend | MN | 56446 |
| Randall M Hess | P O Box 86 | Eagle Bend | MN | 56446 |
| NFS FBO: Kureshy Family Revocable Trust | 2906 Serenity Ct | Arlington | TX | 76016 |
| RBC Capital Markets LLC Cust FBO: Frank L Johnson IRA | 104 Poulson Ave | Henning | MN | 56551 |
| Bruce J Boes | 3 Schooner Ridge | Gloucester | MA | 01930 |
| Bradley G Thompson | 39373 225th Ave | Clarissa | MN | 56440 |
| Jelena Tomic & Peter J Schmitz | 716 E 27th St | Houston | TX | 77009 |
| Kim A Kapping & Mary P Kapping | 191 Nelson Ave E P O Box 141 | Newfolden | MN | 56738 |
| RBC Capital Markets LLC Cust FBO: Trent Kraft Sep IRA | 2910 12th St S | Fargo | ND | 58103 |
| RBC Capital Markets LLC Cust FBO: Vicky S Finck IRA | P O Box 22 | Verndale | MN | 56481 |
| Lawrence J Ward & Darla D Ward | 44719 Nitche Lake Rd | Perham | MN | 56573 |
| David W Fischer & Margaret E Ray JTTEN | 5749 83rd St S | Grand Forks | ND | 58201 |
| Sterne, Agee & Leach FBO: Gina Maher Roth IRA | 6355 101st St SW | Morristown | SD | 57645 |
| Diane M Liesemyer | 22033 Gable Drive | Osakis | MN | 56360 |
| Equity Trust Company Cust FBO: Jerry M Bond IRA | 17235 Creekside Dr | Brandywine | MD | 20613 |
| Equity Trust Co Cust FBO: Jerry M Bond, Jr | 17235 Creekside Dr | Brandywine | MD | 20613 |
| Casey Maher or Gina Maher JTWROS | 6355 101st St SW | Morristown | SD | 57645 |
| RBC Capital Markets LLC Cust FBO: Kim A Kapping Sep | 181 Nelson Ave E, P O Box 41 | Newfolden | MN | 56738 |
| RBC Capital Markets LLC Cust FBO: Darla D Ward IRA | 44719 Nitche Lake Rd | Perham | MN | 56573 |
| RBC Capital Markets LLC Cust FBO: James A Hemmelgarn Roth IRA | 202 Fox Run | Perham | MN | 56573 |

*Holders of Class A Units in Bakken Income Fund LLC

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| RBC Capital Markets LLC Cust  FBO: Lawrence J Ward | 44719 Nitche Lake Rd | Newfolden | MN | 56738 |
| Frank W Read | 20 Friar Lane | Cumberland | ME | 04021 |
| First Trust Company of Onaga FBO: Dawn Moore IRA | P O Box 1095 | Minnetonka | MN | 55345 |
| William K Diacek & Deborah A Diacek Trustees | 44 W 738 Concord Court | Elburn | IL | 60119 |
| Vernon H Gunderson | 511 W Minnesota Ave | Newfolden | MN | 56738 |
| RBC Capital Markets LLC Cust  FBO: Peggy L Gunderson | 511 W Minnesota Ave | Newfolden | MN | 56738 |
| NFS FBO: Reagan H Bradford | 808 Glenlake Dr | Edmond | OK | 73013 |
| RBC Capital Markets LLC Cust  FBO: Diane L Beaton IRA | 905 7th Ave N | Fargo | ND | 58102 |
| Neil L Shingledecker | 24640 370th St | Browerville | MN | 56438 |
| Carol J Perkins, Trustee of the Carol J Perkins 1987 Trust dated 3/10/87 | 555 W athens | Clovis | CA | 93611 |
| Gary A Gray | 510 Explorer | Lakeway | TX | 78734 |
| Glenn E Scott as separate property | 5060 Castle Creek Lane | Plano | TX | 75093 |
| Merino Family Limited Partnership | 302 Heather Road | Ann Arbor | MI | 48108 |
| TD Ameritrade FBO: Caroline Antonacci & Soren Krogh-Jensen JTWROS | 1 Rhode Island | San Francisco | CA | 94103 |
| RBC Capital Markets LLC Cust  FBO: Vernon H | 511 Minnesota Ave | Newfolden | MN | 56738 |
| Provident Trust Group LLC FBO: Carl O Bawalan | 15162 Riviera lane | La Mirada | CA | 90638 |
| TMICO Cust FBO: Sherry K Robinson Trad IRA 0015244 | 8302 Woodcreek | Woodway | TX | 76712 |
| Duane G Lorsung | 946 Woodland Circle | Long Prarie | MN | 56347 |
| Gregory Smith | 101 Vandenberg Ave | Backsdale AFB | LA | 71110 |
| First Trust Company of Onaga FBO: Kathleen K Bird IRA T2172823 | 8615 E Main St Suite G 58 | Mesa | AZ | 85207 |
| TMICO Cust FBO: David L Lockhart Trad IRA 0015493 | 4800 Lochivar Court | Waco | TX | 76710 |
| Leonid A Broukhis | 274 Beechnut Ave | Sunnyvale | CA | 94085 |
| Warren C Vandish | 1277 Red School HS Rd | Fulton | NY | 13069 |
| TD Ameritrade FBO: James & Jennifer Boyd Family Trust UA Apr 08 | 2441 Waters Edge Way | Sacramento | CA | 95833 |
| The Angela M Schrimpl Revocable Trust | 62 Huntington Ct | Burridge | IL | 60527 |
| First Trust Company of Onaga FBO: Susan N Herman | 2398 Palazzo Drive | Buffalo Grove | IL | 60089 |
| John P McKinney & Jodi B McKinney | 0S152 Catlin Sq | Geneva | IL | 60134 |
| Southwest Securities Inc. FBO: John Andrews | 1257 Aguila Place | LilBurn | GA | 30047 |
| Southwest Securities Inc. FBO: Charlotte Herring | 1257 Aguila Place | LilBurn | GA | 30047 |

*Holders of Class A Units in Bakken Income Fund LLC

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| Simplified Employee Plan Pershing LLC as Custodian FBO: Benny D Wilkins | 3360 Tartan Trail | El Dorado Hills | CA | 95762 |
| IRA Pershing LLC as Custodian FBO: Donald B Wiswell | 2153 Stockman Circle | Folsom | CA | 95630 |
| Millennium Trust Co. LLC Custodian FBO: Cary L Fico Traditional IRA XXXX8U939 | 2001 Spring Road, Suite 700 | Oak Brook | IL | 60523 |
| NuView IRA, Inc. FBO: Gary G Gilbert IRA | 46849 275th St | Henning | MN | 56551 |
| First Trust Company of Onaga FBO: John R McClellan, ROTH IRA | 6387 Fawn Lane | Circle Pines | MN | 55014 |
| Herbert M Sobel | 3311 Tack House Rd. | Trent Woods | NC | 28562 |
| Richard H. Sobel | 7410 Center Bay Dr. | N Bay Village | FL | 33141 |
| Donald A Kluthe Revocable Trust of 2014 | 1443 Via Portofino | Naples | FL | 34108 |
| Denise H. Kluthe Revocable Trust of 2014 | 1443 Via Portofino | Naples | FL | 34108 |
| Esther S. Marohl Amended and Restated Living Trust Agreement | 2001 20th St. S | Morrhead | MN | 56560 |
| Mary M . Tripp Family Trust | 6922 Ammons St | Arvada | CO | 80004 |